■ In the Matter of MYRON MARSHALL, Appellant, v ROBERT P. WHALEN, as Commissioner of Health of the State of New York, et al., Respondents. (Appeal No. 2.)—Judgment unanimously affirmed, without costs. Same memorandum as in *Matter of Marshall v State Bd. For Professional Med. Conduct* (73 AD2d 798). (Appeal from judgment of Erie Supreme Court—Public Officers Law, § 89.) Present—Dillon, P. J., Cardamone, Simons, Callahan and Moule, JJ.